Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon knit outerwear similar in use to silk knit outerwear and following *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 65605.—Pivar Conley Corp. *v.* United States, protests 59/21157 and 59/33583 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of pile ribbons made of synthetic textile similar in use to pile ribbons, wholly or in chief value of silk, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 11, 1961

No. 65606.—F. B. Wilcon Co. et al. *v.* United States, protests 58/13843, etc. (Boston).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

No. 65607.—Border Brokerage Company *v.* United States, protest 60/22172 (Seattle).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks

the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 65608.—Daniel F. Young, Inc., and M. Adler's Son, Inc. v. United States, protest 60/25269(A) (New York).

Opinion by WILSON, J. The protest was dismissed.

No. 65609.—UHU Products Corp. v. United States, protest 60/26537 (New York).

Opinion by WILSON, J. The protest was dismissed.

No. 65610.—L. A. Ferm Company, Inc. v. United States, protest 60/26579 (New York).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, MAY 11, 1961

No. 65611.—Florea & Co., Inc. v. United States, protest 59/10254 (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to cotton gloves, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 11, 1961

No. 65612.—Garod Radio Corporation v. United States, protest 58/7238 (New York).

RICHARDSON, Judge: Certain radios and accessories were imported by plaintiff from Germany and entered at the port of New York. The merchandise was appraised at a value higher than the entered value, and a notice of appraisement, dated December 17, 1954 (plaintiff's exhibit 1), was sent to the plaintiff corporation informing it that the appraised value of the merchandise exceeded the entered value.

Under date of January 5, 1955, plaintiff sent to the collector of customs the following letter, which was admitted in evidence as plaintiff's exhibit 2: